UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEIL JAMES ROBERSON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>SCOTT SPEER,<br><br>　　　　　　　Respondent. | CASE NO. 2:24-cv-02102-KKE-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Petitioner has filed a federal habeas petition under 28 U.S.C. § 2241 or § 2254, and an application seeking leave to proceed *in forma pauperis* (IFP).  The Court GRANTS Petitioner's application to proceed IFP, Dkt.1, and directs the Clerk to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

　　　　DATED this 23rd day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1